UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stephen R. Lilley,

    Plaintiff,

       v.                                             Case No.  1:15cv128

Hon. Robert Peeler, *et al.*,               Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 27, 2015 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 19) of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Emergency Motion for a TRO and/or a Preliminary Injunction (Doc. 6) is **DENIED** consistent with the recommendation by the Magistrate Judge.

**IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*
                                            Michael R. Barrett
                                            United States District Judge