UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stephen R. Lilley,

    Plaintiff,

        v.                                Case No. 1:15cv128

Hon. Robert Peeler, *et al.*,                Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 10, 2015 (Doc. 34).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 34) of the Magistrate Judge is hereby **ADOPTED.** Defendants' Motions to Dismiss (Doc. 15, 16, 22 and 26) are **GRANTED** based upon lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and consistent with the recommendation by the Magistrate Judge; and Plaintiff's Motion for Leave for the DOJ, Civil Rights Division to Join Plaintiff in Americans with Disabilities Act Complaint (Doc. 31) is **DENIED.** This matter is closed.

    **IT IS SO ORDERED.**

                                          *s/Michael R. Barrett*
                                          Michael R. Barrett
                                          United States District Judge